**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❑ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

October 17, 2017

Carmen Cote, Court Operations Manager
Vermont Superior Court, Chittenden Unit
Civil Division
175 Main Street
P.O. Box 187
Burlington, VT 05402-0187

Subject:   *City of Burlington v. Schieldrop*
  Our Docket No. 2:17-cv-00138-cr
  Your Docket No. 36-7-16 Cnta

Dear Court Clerk:

The above cited case has been remanded back to state court pursuant to this court's Opinion and Order (Document No. 22, certified copy enclosed). Also, enclosed is a certified copy of the docket entries and a disc containing the case file documents in PDF format.

Please acknowledge receipt on the copy of this letter provided.

Sincerely,

JEFFREY S. EATON
Clerk

BY: */s/Lisa Wright*
Operations Specialist

Enclosure
   Disc
   Docket Sheet (certified)
   Order (certified)

cc (no enclosure):
Anthea Dexter-Coooper, Esq.
Jacob O. Durell, Esq.

---

RECEIVED ABOVE MATERIALS THIS _____ DAY OF _____ , 2017.

Signature: _____

Date:_____